UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Yuhua Xu and Guoping Zhu,

               Plaintiff(s),

  -against-

Ken Cuccinelli, in his official capacity as Acting Sec. DHS,     20cv04305 (GBD)
and William Connor, in his official capacity as Dir Field        ORDER
Office, USCIS, Nebraska,

               Defendant(s).
-------------------------------------------------------------------X
GEORGE B. DANIELS, DISTRICT JUDGE:

    **YUHUA XU and GUOPING ZHU**, have petitioned this court for a writ of mandamus. Upon review of that petition, the government is ordered to submit a response to the petition on or before **June 30, 2020**.

    The clerk of the court is directed to serve a copy of this order and the underlying petition on the United States Attorney for the Southern District of New York.

Dated: New York, New York
       June 9, 2020

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge